**Order entered September 15, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-19-00790-CR

### JEREMY WAYNE MILLS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72093-U**

## ORDER

We **REINSTATE** this appeal.

On September 8, 2020, a supplemental reporter's record was filed containing agreed copies of the nine documents missing from the clerk's record.

Appellant's brief is **DUE** on October 2, 2020.

/s/     BILL PEDERSEN, III
        JUSTICE